IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN PAUL, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:13-cv-03191 |
| VS. | § § | |
| | § | JURY TRIAL DEMANDED |
| GOODWILL INDUSTRIES OF HOUSTON, INC., | § § § | |
| Defendant. | § | |

## O R D E R

All claims that were or could have been asserted by the Plaintiff, Karen Paul, or the Defendant, Goodwill Industries of Houston, Inc. herein are dismissed with prejudice with each party to bear his/her/its own attorneys' fees and court costs.

THIS IS A FINAL JUDGMENT.

SIGNED this __4TH__ day of __JUNE__, 2014.

_____
EWING WERLEIN, JR
UNITED STATES DISTRICT JUDGE